IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BAKARI ARMSTRONG, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-06-2388 |
| | § | |
| BRAD LIVINGSTON, | § | |
| | § | |
| *Defendant*. | § | |

**MEMORANDUM OPINION AND ORDER**

State inmate Bakari Armstrong, proceeding *pro se*, filed this civil rights complaint under 42 U.S.C. § 1983 requesting an injunction entitling him to "safekeeping" housing. No monetary damages or other relief are sought.

At the time plaintiff filed this complaint, he was housed at the Wynne Unit. (Docket Entry No. 1.) He has now filed an amended complaint, which reflects he is currently housed at the Mac Stringfellow Unit. (Docket Entry No. 7-2.) His amended complaint simply refers to his original complaint, and neither raises any claims arising from his housing at the Mac Stringfellow Unit nor shows exhaustion of his remedies under that Unit's grievance system.

Accordingly, this lawsuit requesting injunctive relief ordering Wynne Unit to assign him to safekeeping housing is **DISMISSED AS MOOT**. Any and all pending motions are **DENIED AS MOOT**.

The Clerk will provide a copy of this order to the parties.

Signed at Houston, Texas, on August 31, 2006.

_____
Gray H. Miller
United States District Judge